UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

GARRETT GOODWIN JR.,

    Defendant.

Case No. 22-cr-20325

Hon. Nancy G. Edmunds
United States District Judge

Violations:  18 U.S.C. § 922(g)(1)
                 18 U.S.C. § 922(j)

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### 18 U.S.C. § 922(g)(1)
### Felon in Possession of a Firearm

On or about March 29, 2022, in the Eastern District of Michigan, Southern Division, the defendant, Garrett Goodwin Jr., knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is one Smith & Wesson, Model SD40VE, .40 caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

1

**COUNT TWO**
**18 U.S.C. § 922(j)**
**Possession of a Stolen Firearm**

On or about March 29, 2022, in the Eastern District of Michigan, Southern Division, the defendant, Garrett Goodwin Jr., knowingly possessed a stolen firearm, specifically, a Smith & Wesson, Model SD40VE, .40 caliber pistol, that had been shipped or transported from one state to another, and the defendant knew and had reasonable cause to believe that the firearm had been stolen, in violation of Title 18, United States Code, Section 922(j).

**FORFEITURE ALLEGATIONS**
**18 U.S.C. § 924(d) and 28 U.S.C. § 2461**
**Criminal Forfeiture**

The allegations contained in this Superseding Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offenses charged in counts one and two of this Superseding Information, Defendant Garrett Goodwin Jr. shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of said offense, including but not limited to: Smith &

Wesson, Model SD40VE, .40 caliber pistol, SN: DSW0911 and 35 rounds of .40 caliber ammunition.

DAWN N. ISON
United States Attorney

BRANDY R. McMILLION
Chief, General Crimes Unit
Assistant United States Attorney

*Jeremiah G. Smith*

JEREMIAH G. SMITH
Assistant United States Attorney

Date: May 1, 2023

3

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>22-cr-20325 |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes   ☒ No | **AUSA's Initials:** JGS |

**Case Title:** USA v. GARRETT GOODWIN JR.

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [**Case number:** _____ ]
____Indictment/✓ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** 22-cr-20325      **Judge:** Hon. Nancy G. Edmunds

☐ Corrects errors; no additional charges or defendants.
☒ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | 18 U.S.C. § 922(j) | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

May 1, 2023
Date

*Jeremiah G Smith* (signature)
Jeremiah G. Smith
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-0242
Fax: (313) 226-2311
E-Mail: jeremiah.smith@usdoj.gov
Attorney Bar # : P80301

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.