United States District Court
Eastern District of Michigan
Southern Division

United States of America,

    Plaintiff,

v.

Garrett Goodwin Jr.,

    Defendant.

_____/

No. 22-cr-20325

Hon. Nancy G. Edmunds
United States District Judge

# GARRET GOODWIN'S SENTENCING MEMORANDUM

## INTRODUCTION

On March 29, 2022, Garrett Goodwin Jr., was driving down the interstate and made a wrong turn that led to a stop that changed his life forever. As a result of his error, Mr. Goodwin has been taken away from his family, his children and his place of employment. On that day, he was in possession of a firearm because his troubled past made him feel as if he needed to be armed in order to protect himself from harm. The trauma he has experienced and the terrible things he has witnessed caused him to not feel safe when traveling throughout the city of Detroit. Although he only possessed the weapon for protection, felons are not allowed to

possess weapons. Mr. Goodwin understands that what he did was wrong and wants to make the right changes to ensure that something like this will never happen again. Although Mr. Goodwin has an extensive criminal history, when considering his past, the circumstances that made him feel the need to possess a firearm, his recent employment, relationships with his children and his family support, I submit to the Court that a sentence at the bottom of the agreed upon range is appropriate in this matter.

For the reasons that will be more thoroughly explained in this memorandum, the defense is requesting that Mr. Goodwin be sentenced to 84 months of incarceration, to be served concurrent with his time to be served with the Michigan Department of Corrections (MDOC), and one year of supervised release. That sentence is "sufficient, but not greater than necessary, to comply with the purposes of sentencing set forth in 18 U.S.C. § 3553(a)." *United States v. Vowell,* 516 F.3d 503, 512 (6th Cir. 2008).

# MR. GOODWIN'S SENTENCING MEMORANDUM

## The Individual Before the Court

### *Mr. Goodwin's Childhood*

Garrett Goodwin was barely twelve years old when he was forced to take care of himself and some of his siblings. His mother struggled with drug addiction and his father was absent due to incarceration. Most children his age would be focused on education, religion and holiday celebrations. However, Mr. Goodwin had to focus on survival. As a child, he and his eight siblings were split up and raised in overcrowded homes with extended family members. He watched people in his family engage in criminal activity and like a child, he would soon mimic the acts he observed. Before outgrowing his adolescent years, Mr. Goodwin made his first wrong turn. Without the ability or opportunity to learn a better way of life, Mr. Goodwin began to use and sell drugs at a young age. This ultimately led to a juvenile conviction before the age of thirteen. When he turned fourteen, he was committed to the Family Independence Agency until the age of eighteen. Just four years after his wardship was terminated his mother died. The hardships and struggles that he

experienced eventually led Mr. Goodwin down a path that would lead to more trauma, mistakes, and inevitably more incarceration.

### *The Next 12 Years*

With increasing research on scientific brain development and the application of this research to young people in the criminal justice system, there is significant support for the proposition that the brain is not fully developed until the mid-twenties. Most relevant for the convictions Mr. Goodwin obtained early on, the portion of the brain that is last to develop is the frontal lobe - the part of the brain responsible for decision making, problem solving, balancing risk/reward, and planning. Mr. Goodwin grew up in a family that used and sold drugs. He was taught how to sale drugs and encouraged to do so by those around him. Instead of taking him to school or teaching him how to read, those around him taught him to make a living by distributing narcotics. Before reaching the age of 20, Mr. Goodwin had accumulated three convictions for the delivery of narcotics. In each of those situations Mr. Goodwin accepted responsibility and admitted his wrongdoings. However, even though each conviction was for less than 50 grams, Mr. Goodwin was sentenced to 1

4

to 20 years of incarceration. He was only 19 years old at the time of sentencing.

Mr. Goodwin served time, and returned home with a parole that was set to last for more than a decade. While still in his early twenties, Mr. Goodwin made another wrong turn. Because of his felony convictions and lack of education, Mr. Goodwin had difficulties getting employment. He made the unfortunate decision to try making money reverting back to the lessons he learned as a child. He began selling drugs again. His monetary gains were short lived because soon after making that wrong turn, Mr. Goodwin was arrested. Weeks after he was arrested in that case, he was pulled over while driving. He panicked and fled on foot. While running he entered someone's home and was arrested shortly thereafter. That impulsive decision resulted in a charge for home invasion. He was young and still immature, but he knew what he did was wrong. As a result, he accepted responsibility for his acts and pleaded guilty. He was given 5 to 20 years in prison. He was 24 years old at the time of sentencing.

As fate would have it, Mr. Goodwin would have one more drug conviction. It seems as if his life began with trauma and displacement

and spiraled out of control. He now finds himself a 41-year-old man that has spent most of his life in prison. Despite his troubled past, Mr. Goodwin has made some strides at becoming a better person. While incarcerated he was able to obtain his GED. Prior to this he was finally able to obtain gainful employment. His greatest accomplishment can be found in the relationship he has with his four children. He provides for them emotionally and financially. When he is home, he spends his time either working or being with his children. He has made a conscious effort to provide them with the love and attention he sought as a child. His children were his motivation to seek employment and to better himself. Although the presentence report lists his former place of employment as permanently closed, it remains open but under a new name.

Mr. Goodwin's children provide him with both motivations to keep trying and a reason to stay out of prison. When he learned that he was indicted as a career criminal and facing the possibility of never seeing his children again, he realized that his actions not only affected him, but those he loves as well. He wants to stop the vicious cycle of incarceration that has consumed most of his life. When asked what he would focus on during his incarceration, Mr. Goodwin said "I've been imprisoned most of

6

my life, I've overcome a lot of things to . . . to better myself. To help me, any class they have, tools I need to stop the cycle of incarceration." PSR ¶ 20. Mr. Goodwin humbly asks this Honorable Court to sentence him to the bottom of the agreed upon guidelines in this case.

The government mentioned in its memorandum that gun violence is a problem in this country and in Detroit particular. I am inclined to agree with its position. Mr. Goodwin grew up in Detroit. As a result, he lived in an environment that was saturated with gun violence. He can vividly remember hearing gunshots most nights he tried to sleep as a teen. He has lost lifelong friends and beloved family members to gun violence almost every year he can remember. Since the age of 10 becoming a victim of gun violence was a risk that Mr. Goodwin encountered every day that he left his home. Despite Mr. Goodwin's felony convictions, he is not a person that has contributed to gun violence in this country, *specifically* Detroit. None of Mr. Goodwins convictions came as a result of him harming anyone with a weapon. In the 41 years of his life, he has never been convicted of shooting at anyone. None of Mr. Goodwin's convictions came as a result of him shooting at a person, pointing a firearm at a person, or even threatening a person with a weapon. Garrett

7

Goodwin Jr. has only been convicted of possessing firearms. An act that he felt necessary in order to not die as a victim of gun violence. This is the same act that he is accused of in this case. Thus, the same act that he admitted and accepted responsibility for committing.

## Nature of the Offense

On March 29, 2022, Garrett Goodwin Jr., was driving to Southwest Detroit and made a wrong turn. That turn forced him to travel to the Canada Bridge. He was stopped by the authorities at the border and detained for questioning. A loaded Smith and Wesson .40 caliber semiautomatic was found in the center console of the vehicle. PSR ¶ 13. The firearm was not registered to Mr. Goodwin, and he did not have a license to possess it. *Id.* brings him before this Court. His wrong turn has brought him before this Honorable Court. Mr. Goodwin is not alleged to have harmed or attempted to harm anyone in this case.

## Adequate Deterrence

A sentence of 84 months in prison is more than enough to deter any future behavior. This case has changed Mr. Goodwin' way of thinking. For the first time in his life Mr. Goodwin faced a minimum sentence of

15 years to life in prison. That ignited his desire to change. He faced the idea of not leaving prison until he was in his late 50's. In fact, there was a possibility of him never leaving prison at all. The fear of such a sentence has already made him never want to possess a firearm again. In response to the questions during his presentence interview Mr. Goodwin said "I'm truly apologetic, this is truly the last time. My worst fear is being an old man in prison. The mothers of my children should not have to raise the kids by themselves." PSR ¶ 21.

Moreover, the length of said sentence will remove Mr. Goodwin from the lives of his children for 7 years, His children are his most prized possessions. During that time, he will not have the opportunity to drop them off or pick them up from school. Moreover, he will not be home when his oldest child graduates from high school. During our conversations, Mr. Goodwin expressed how it saddened him to know that he disappointed his oldest child Braylen. He wants nothing more than to get back to his family and help raise his children. He understands the lack of judgement he exhibited and expressed remorse and hurt for the current setback in his life due to his decisions. He remains adamant that if given the opportunity he will never be before the Court again.

9

## **<u>Incarcerating Mr. Goodwin for More than 84 months Will Not Protect the Public</u>**

Although Mr. Goodwin has a past littered with incarceration, he remains the cornerstone of his family. They all love and support him. **(See Exhibit A)**. His presence in the lives of his family and his children will improve the health of the community. Mr. Goodwin is a family-oriented person that is rooted in his community. His colleagues have come to know him as a hardworking and kindhearted person. Before his incarceration, he worked at a car wash and took up a trade in handling asbestos.

Possession of a firearm is a very serious offense. The safeguards put in place to prevent felons from possessing firearms are also not to be taken lightly. Defense counsel understands that position but still suggests that sentencing Mr. Goodwin to more than 84 months is not necessary. Even if the Court grants our request, Mr. Goodwin still faces several years in other cases.

At the time of this incident, Mr. Goodwin was on parole with MDOC. By accepting the government's plea offer, Mr. Goodwin has violated the

terms of his parole. As a result, he will be given a new sentence to serve pursuant to his agreement with MDOC. We ask that the Court run 84 months to be served concurrent with the time that he receives for violating his parole. Although double jeopardy does not attach to such proceedings, running the time set to be served consecutively will inevitably force Mr. Goodwin to serve more than 100 months in prison. That amount of time would be disproportionate to the amount of time given to defendants with similar records who have been convicted of similar conduct over the past 5 years. PSR ¶¶ 112-113. As it's pointed out in the Presentence Report, the average amount of time defendants with records and conduct similar to Mr. Goodwin were sentenced to was 97 months. *Id*. The defense does not object to the government's recommendation that he participate in the Bureau of Prison's Residential Drug Abuse Program and Vocational Training. See Government's Exhibit A, First Step Act Approved Programs Guide.

## **Sentencing Guidelines**

This Court is not bound by the sentencing guidelines. *United States v. Rita*, 551 U.S. 350 (2007). However, as noted in the caselaw, ""it is fair to assume that the Guidelines, insofar as practicable, reflect a rough

approximation of sentences that might achieve § 3553(a)'s objectives." *Rita* at 338. The parties in this case have entered into a Rule 11 plea agreement. We have agreed that a sentence between 84-120 months is appropriate in this case.

## Conclusion

Mr. Goodwin has made many wrong turns in his life. At the time of most his convictions his brain development and maturation levels placed him closer to that of a chronological child that that of an adult. His past is a direct result of the issues he faced as an adolescent child. Despite what appears on his record he is a good man and a loving father. The seriousness of these allegations and the threat of never seeing his children again has made Mr. Goodwin finally make the decision to turn away from his wrongdoings and become a law-abiding citizen. For the reasons mentioned above and any other that may be addressed during a hearing before this Honorable Court, the defense humbly requests a sentence of 84 months to be served concurrent with time from the MDOC and one year of supervised release.

Dated: August 22, 2023

## Certificate of Service

I certify that on August 4, 2023, I electronically filed the foregoing document with the Clerk of the Court of the Eastern District of Michigan using the CM/ECF system, which will send notification of this filing to all counsel of record via electronic mail.

/s/James King
Counsel for Garrett Goodwin Jr

# EXHIBIT A

To whom it may concern:

Hi my name is Shawnta Harris the cousin of Garrett Goodwin Jr. Today I come to you sincerely as a loving and caring cousin with concerns for a very close person in my life, my Garrett. A young man who has always dealt with adversity and had to figure out life alone. Although Garrett may have chosen the wrong path in the past, he is always doing his absolute best to grow and learn from his mistakes. The growth has always been in a positive direction. Garrett upbringing has not always been the best or ideal on his behalf as a child and adolescent years. I am aware that individuals struggle with this same issue, but to endure watching your parents and family fight against drug addiction and not have the ability to take care of, protect, and feed you properly can have a negative impact on child/teenager years. This can also be carried into your adulthood.

Garret has poured an abundance of knowledge into us about a higher power which is God. A man that walks by faith is known to be a king, loving, and forgiving. To watch Garrett, grow and rise above his obstacles after the adversity he dealt with in his adolescent years is amazing and heartwarming. There is no excuse for his past but there is appreciation for his presence and growth as a wonderful man, father, brother, uncle, and cousin to our family. Garret has helped my kids and I in so many ways. From being a man in their life, going to school games, homework, and showing my son how to be a stand-up respectful honorable man. Garrett has been a father figured to my daughters about how a man should respect them and how they should carry themselves as women. He also helped take care of and looked after my children while I was working as a single mother with no help.

As my cousin, he has become more like a brother to me. Garrett has helped me improve my self-esteem, shown me pure love, and is a great person to me. I appreciate all those amazing qualities about him because I know his love is genuine and pure. I love my cousin beyond what words can describe because I never have to question his love for my kids and I.

Sometimes we get caught up in someone's past and disregard how good of a person they are in present time. We do not realize how much we need them in our present life and future. I can honestly say Garrett has changed as an adult, man, father, and overall, as a person. Not just with helping his community and family but the initiative he has taken to grow from deep within. Garrett started

classes to better himself for the work industry to build and maintain a career so he can provide for his family. It takes a lot of confidence to keep your head up and put yourself out there into the world when there is so much against you already being a black man.

I'm very proud of the man he is and still becoming. I pray to God his kids get to experience him daily in their life. No more kids need to grow up in fatherless homes. They need him home daily to feel his love and presence. I am respectfully asking that a chance is given to him so he can finish bettering himself and build a life for his kids. A life that they all deserve. A life that he did not get to have as a child. Please let him be able to give it to his children. Thank you so much for your time.


Sincerely,
Shawnta Harris.

It is with great respect for the courts that I'm writing this letter of support to ask for lenience on behalf of Garrett Goodwin Jr. My name is Stacey Goodwin, I am Garrett's stepmother, and I say that with enthusiasm and pride.

Despite Garrett's circumstances, I am proud of the man that he has become and yet inspires to be. He was 16 years old, already shaped and molded with hurt and pain from childhood trauma when I came into his life. Over the years I've tried to be a positive whisper of influence. I've watched him grow from being a Hard-Headed teenager to a Head-Strong & Determined, Hardworking Man and Loving Father. Garrett has spent years institutionalized but hasn't allowed his challenges to break him of His gentleness and kindness towards others and his "Will to do better," and "Be better."

This determination has gained him his GED, a Skilled Trade, Employment as a Laborer, and most of all a present father to his 4 children. Because of his growth and maturity, my whispers of influence are increasingly sounder. I'm committed to providing my son with the support he needs to stay on track, and I confidently encourage the court to show leniency as well.

Respectfully,

Stacey Goodwin
(708) 252-9759

To whom it may concern,

    My name is Thelma, I am the aunt of Garrett Goodwin. Loving is a good word to describe his character. Loving big brother, loving friend, and loving father to his four children. All Garrett talk about is his children, and how he doesn't want to let them down. He works hard to give them the life he didn't have as a child. Growing up Garrett lost his mom at a tender age, and his father was not present. In result he was misguided and made poor decisions. I've witnessed the witnessed the growth in his life. It was a major turnaround when he enrolled in the Detroit learning center to study asbestos and received a job within his field.

    Garrett has always been a family man. He has been such a great help to me ever since my work injury. Every day he comes by to assist with my daily activities and run my errands. Garrett is a very dependable individual to me and our family. Our family is full of women with not many men we can depend on to help in a time of need, but Garret has been our savior at times. Please find it in you heart to give him another chance.

Sincerely,

Thelma Charns

313-854-8044

To whom it may concern,

   My name is Tiffany Williams, mother of Grace Goodwin. Garrett and I have a beautiful daughter together, who adores him so much. I know he is not perfect, but he has just been through a lot. I feel the loss of his mother and the lack of support caused him to do things that has caused his life to go another way. I know he may not be perfect, but we love him. His baby really need him. I know he can't get off scott free, but I pray this letter help make a difference in time something we cannot get back! I pray that he does get to come back to our daughter so they can make more memories and she doesn't have to ask and wonder where he is. Please consider giving another chance to try and make a difference.


Love Grace & Mom

Mr. Garrett Goodwin Jr. grew up in an environment that was full of mental activities that could lead anyone in a direction of a hard road to travel when there existed only a few choices all of which were never well thought out or directed with virtue. Yes he has had struggles in his life and thus may have in the past violated laws and policies that would warrant him being sentenced to serve time in the MDOC but such is life for many like him who find that their path in life becomes that of an institutional setting because of the world that exists in front of them.

Mr. Garrett Goodwin Jr. despite the world of limited choices in front of him still dared to be better he acquired a skilled trade in Asbestos removal and was employed, he volunteered with a host of youth summits and assisting me in engaging reintry programs and transitional housing for newly released individuals from prison or from drug rehabilitation centers. Mr. Goodwin Jr. is a proud, loving and dedicated father of (4) Four amazing beautiful children whom are all impacted by his presence.

My plea to this court is that you show leniency upon Mr. Garrett Goodwin Jr. who I can vouch for to do those things required to be a better citizen.
Respectfully submitted,
Brother J. Crum Bey Divine Minister
The Moorish Science Temple Of America
(734) 304-2329